**97–2593. State v. Williams.**
Cuyahoga App. No. 70810. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**97–2621. State v. Barth.**
Washington App. No. 92CA22. On motion for leave to file delayed appeal. Motion denied.

**97–2626. State v. Tisdel.**
Cuyahoga App. No. 71054. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–2632. State v. McKenney.**
Stark App. No. 1997CA00061. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**91–1259. Forbes v. Midwest Air Charter, Inc.**
Cuyahoga App. No. 56815. (Appeal of Ina Forbes and cross-appeal of Piper Aircraft Corp.) Discretionary appeal and cross-appeal allowed.
LUNDBERG STRATTON, J., would allow the cross-appeal only.
MOYER, C.J., and COOK, J., would deny the appeal and cross-appeal.

**97–2143. Hillyer v. State Farm Mut. Auto. Ins. Co.**
Cuyahoga App. No. 71724. Discretionary appeal allowed; *sua sponte,* cause consolidated with 97–2200, *infra,* and held for the decisions in 97–1516, *Balatgek,* 97–402 and 97–551, *Ross,* and 97–2056 and 97–2301, *Davis, infra;* briefing schedule stayed.
MOYER, C.J., dissents.

**97–2149. Manohar v. Massillon Community Hosp.**
Stark App. No. 1997CA00040.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**97–2150. Turner v. Cent. Local School Dist.**
Defiance App. No. 4–97–13. (Appeal of Edward Turner et al. and cross-appeal of Central Local School District.) Discretionary appeal and cross-appeal allowed.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**97–2162. State v. Whiting.**
Miami App. No. 96CA13.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**97–2200. Hillyer v. Great Am. Ins. Co.**
Lake App. No. 96–L–148. Discretionary appeal allowed; *sua sponte,* cause consolidated with 97–2143, *supra,* and cause held for the decision in 97–402 and 97–551, *Ross v. Farmers Ins. Group of Cos.,* Montgomery App. No. 15865, 97–1516, *Balatgek, infra,* and 97–2056 and 97–2301, *Davis v. Farmers Ins. Group of Columbus,* Montgomery App. No. 16378; briefing schedule stayed.

**97–2212. Brown v. Wallbrown.**
Franklin App. No. 96APE12–1633. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1516, *Balatgek v. State Farm Ins. Co.,* Franklin App. No. 96APE12–1619, 97–402 and 97–551, *Ross,* and 97–2056 and 97–2301, *Davis, supra;* briefing schedule stayed.
MOYER, C.J., dissents.